|   |   |   |
|---|---|---|
| 1 | | |
| 2 | | |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HON LAU,

        Petitioner,                        No. CIV S-10-3189 EFB P

    vs.

STATE OF CALIFORNIA,

        Respondent.                ORDER

_____/

        Petitioner is a state prisoner without counsel seeking a writ of habeas corpus.  *See* 28 U.S.C. § 2254.  He proceeds *in forma pauperis*.  *See* 28 U.S.C. § 1915.

        Petitioner was convicted in the Los Angeles County Superior Court, but is confined in Kern County.  *See* Am. Pet (Dckt. No. 6).  Although this district and the United States District Court in the district where petitioner was convicted both have jurisdiction, *see Braden v. 30th Judicial Circuit Court*, 410 U.S. 484, 499-500 (1973), witnesses and evidence necessary for the resolution of petitioner's application are more readily available in the county of conviction, *id.* at 499 n. 15; 28 U.S.C. § 2241(d).

        Therefore, the court transfers this action to the United States District Court for the Central District of California.  28 U.S.C. §§ 84(c)(2); 1404(a).

////

1

1  Accordingly, it is ORDERED that this action is transferred to the United States District
2 Court for the Central District of California.
3 DATED: January 11, 2011.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2