# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| HON LAU, | ) NO. CV 11-0682 JSL (FMO) |
|---|---|
| Petitioner, | ) |
| v. | ) **JUDGMENT** |
| STATE OF CALIFORNIA, | ) |
| Respondent. | ) |

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: February 18, 2011.

*[signature: Spencer Letts]*

J. SPENCER LETTS
SENIOR UNITED STATES DISTRICT JUDGE